Tasha WILSON, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 74452.

Missouri Court of Appeals,
Western District.

June 26, 2012.

Tasha Wilson, Kansas City, KS, Appellant, pro se.

Bart A. Matanic, Jefferson City, MO, for Respondent.

Before Division II: VICTOR C. HOWARD, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

#### Order

PER CURIAM:

Tasha Wilson appeals the determination of the Labor and Industrial Relations Commission that she did not have good cause to delay filing her claim for unemployment benefits and, therefore, was not entitled to have her claim backdated to the beginning of the benefit year. Finding no error, we affirm in this *per curiam* order and have provided the parties a legal

memorandum explaining our ruling. Rule 84.16(b).